# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Huvelle, Ellen S | 2. Court or Organization  U.S. District Court for D.C. | 3. Date of Report  04/24/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge-full time | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address  333 Constitution Avenue, NW  Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Self-employed, Partner in Law Firm | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Boston College, Newton, MA | Board of Overseers (Transportation, Food and Hotel)(May 6-7 and October 21-22) |
| 2. Cardozo Law School, NY, NY | Teachng (Transportation, Food and Hotel) (Feb. 4-7) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC | Mortgage on Rental Prop., Washington, DC (Part VII, Line 142) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Assets Tax Free Trust | C | Interest | L | T | | | | | |
| 2. America Online (now named Time Warner) | A | Dividend | J | T | | | | | |
| 3. Applera Com Celerea Gp (previously Pe Cp Com Celerea | | None | J | T | | | | | |
| 4. Cisco Systems | | None | J | T | | | | | |
| 5. Fifth 3rd Bancorp Ohio | A | Dividend | | | sale | 10/18 | J | A | |
| 6. Intel | A | Dividend | J | T | | | | | |
| 7. iShares MSCI EAFE Fund | B | Dividend | M | T | | | | | |
| 8. McKesson Corp | A | Dividend | K | T | parial sale | 11/3 | J | C | |
| 9. Oracle Corp. | | None | K | T | partial sale | 11/3 | K | D | |
| 10. Sony Corp ADR 1974 New | A | Dividend | | | partial sale | 6/20 | J | A | |
| 11. | | | | | sale | 1/3 | J | | |
| 12. Conjeco BE 4.125% due 8/1/06 | B | Interest | K | T | | | | | |
| 13. California St. General Obligation 4.5% due 5/1/05 | A | Interest | | | redeem | 5/2 | J | A | |
| 14. Southern California Pub Power 5.5% due 7/1/05 | B | Interest | | | redeem | 7/1 | K | A | |
| 15. Pittsburg CA Unified School District 4.0% due 8/1/07 | A | Interest | K | T | | | | | |
| 16. Missouri St. Health Edl Facs 5/125% due 01/01/09 | C | Interest | L | T | | | | | |
| 17. Cinco TX Municipal Utility 4.0% due 9/1/10 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Muni Bond | B | Dividend | K | T | | | | | |
| 19. Van Kampen Emerging Markets | A | Dividend | K | T | | | | | |
| 20. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 21. Delaware Trend Fund | | None | | | sale | 11/3 | J | C | |
| 22. Enterprise Sm Co Growth | | None | | | sale | 2/17 | J | A | |
| 23. Templeton Developing Markets | A | Dividend | K | T | sale | 11/3 | K | D | |
| 24. Franklin Small Midcap | A | Dividend | K | T | | | | | |
| 25. AIM International Growth Fund | A | Dividend | K | T | buy | 12/1 | K | | |
| 26. Discover Bank CD 2.05% due 4/20/05 | B | Interest | | | redeem | 4/20 | L | A | |
| 27. Cardinal Bank NA CD 2.6% due 10/12/05 | C | Interest | | | redeem | 10/12 | M | A | |
| 28. Manulife Venture Annuity | | None | M | T | | | | | |
| 29. iShares Sm Cap 600 Growth | A | Dividend | J | T | buy | 02/17 | J | | |
| 30. iShares South Africa | A | Dividend | J | T | buy | 11/30 | J | | |
| 31. iShares MSCI Pacific ex Japan | A | Dividend | J | T | buy | 1/7 | J | | |
| 32. iShares S&P Latin America | A | Dividend | K | T | buy | 1/7 | J | | |
| 33. | | | | | buy | 8/31 | J | | |
| 34. iShares MSCI Growth | | None | | | buy | 11/10 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | sale | 11/30 | K | A | |
| 36. iShares MSCI Value | | None | | | buy | 11/10 | K | | |
| 37. | | None | | | sale | 11/30 | K | A | |
| 38. Latin America Discovery | A | Dividend | K | T | buy | 1/7 | J | | |
| 39. | | | | | buy | 8/31 | J | | |
| 40. The India Fund | | None | K | T | buy | 1/7 | J | | |
| 41. | | None | | | buy | 8/31 | J | | |
| 42. Pleasonton CDP 3.000 06 Oct 01 | B | Interest | L | T | buy | 6/20 | M | | |
| 43. Campbell CA Sch Dist. 0.0% 06 Aug 01 | | None | K | T | buy | 4/4 | K | | |
| 44. California State Transportation 3.0% 06 Feb 01 | A | Interest | K | T | buy | 4/8 | L | | |
| 45. Ill. Sales Tax BE 5.000% 05 Jun 15 | B | Interest | | | buy | 4/25 | L | | |
| 46. | | | | | redeem | 6/15 | K | A | |
| 47. LA GO-A BE 5.000% 05 Sep 01 | B | Interest | | | buy | 4/25 | L | | |
| 48. | | | | | redeem | 9/1 | K | A | |
| 49. SC St GO-A BE 6.5000% 05 Apr 01 | A | Interest | | | buy | 1/7 | K | | |
| 50. | | | | | redeem | 4/1 | K | A | |
| 51. LA Co PFA-A 5.375% 06 Oct 01 | B | Interest | L | T | buy | 9/7 | L | | |

| ·1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Maumee CSD 2.0% 06 Dec 01 | A | Interest | K | T | buy | 11/10 | K | | |
| 53. Mississippi GO 5.750 07 Nov 01 | A | Interest | L | T | buy | 11/10 | L | | |
| 54. University Hosp. NC 5.250% 26 Feb 15 | A | Interest | L | T | buy | 11/10 | L | | |
| 55. Allianz CCM Cap App Class C | A | Dividend | K | T | buy | 11/10 | K | | |
| 56. Calvert Large Growth Fd Cl C | | None | K | T | buy | 10/18 | K | | |
| 57. Del Int'l Value Fd Cl C | A | Dividend | J | T | buy | 11/3 | J | | |
| 58. MFS Int'l Growth Fd Cl C | | None | J | T | buy | 12/1 | J | | |
| 59. Van Kampen Comstock Cl C | B | Dividend | K | T | buy | 11/10 | K | | |
| 60. Capital One Bk CD 3.150% 06 Jul 12 | A | Interest | K | T | buy | 1/7 | K | | |
| 61. -IRA #2 | E | Dividend | O | T | | | | | |
| 62. -Liquid Asset Fund | | | | | | ` | | | |
| 63. -iShares MSCI EAFE | | | | | partial sale | 12/6 | L | E | |
| 64. -iShares MSCI Emerging Markets | | | | | | | | | |
| 65. -iShares S&P Small Cap Value | | | | | | | | | |
| 66. -Shares S&P 500 Growth | | | | | | | | | |
| 67. -Shares S&P 500 Value | | | | | | | | | |
| 68. -Shares Sm Cap Growth | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Powershares | | | | | buy | 12/22 | K | | |
| 70. iShares MSCI Growth | | | | | buy | 11/10 | J | | |
| 71. | | | | | sell | 11/30 | J | A | |
| 72. iShares MsCI Value | | | | | buy | 11/10 | J | | |
| 73. | | | | | sell | 11/30 | J | A | |
| 74. -International Lease Finance Corp. 4.75% due 1/18/05 | | | | | redeem | 1/19 | L | A | |
| 75. -Societe Generale NY 7.4% due 6/1/06 | | | | | | | | | |
| 76. -GTE South 6.125% due 6/15/07 | | | | | | | | | |
| 77. -Salomon Smith Barney 6.5% due 2/15/08 | | | | | | | | | |
| 78. -Wal-Mart Stores 6.875% due 8/10/09 | | | | | | | | | |
| 79. -Van Kampen Comstock | | | | | | | | | |
| 80. -MFS Value | | | | | | | | | |
| 81. MFS Int'l Growth Fd | | | | | buy | 12/1 | K | | |
| 82. Calvert Large Growth | | | | | buy | 11/10 | K | | |
| 83. Goldman Sachs Small Cap Value | | | | | | | | | |
| 84. -Enterprise Growth | | | | | | | | | |
| 85. -American Gr. Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Inv. Co. | | | | | | | | | |
| 87. -Sentinel Small Company | | | | | | | | | |
| 88. -Delaware Small Cap Value | | | | | | | | | |
| 89. -E.V. (Eaton Vance) Emerging Markets | | | | | | | | | |
| 90. Active Assets Tax Free | B | Interest | M | T | | | | | |
| 91. Apple Computer | | None | J | T | buy | 1/24 | J | | |
| 92. | | | | | partial sale | 9/23 | J | C | |
| 93. Broadcom | | None | J | T | buy | 8/23 | J | | |
| 94. Dell | | None | J | T | buy | 8/23 | J | | |
| 95. EMC Corp. Mass | | None | | | sale | 1/24 | J | A | |
| 96. Genzyme Corp (General Division) | | None | | | sale | 12/13 | J | A | |
| 97. Hewlett Packard | A | Dividend | | | sale | 8/23 | J | A | |
| 98. Human Genome Sciences | | None | | | sale | 12/13 | J | A | |
| 99. iShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 100. iShares S&P 500 Growth | A | Dividend | K | T | buy | 1/24 | J | | |
| 101. | | | | | buy | 11/29 | J | | |
| 102. iShares S&P 500 Value | B | Dividend | L | T | buy | 1/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. iShares Small CapGrowth | A | Dividend | K | T | buy | 2/18 | K | | |
| 104. Medtronic | A | Dividend | K | T | partial sale | 8/23 | K | D | |
| 105. MS India Fund | A | Dividend | K | T | buy | 1/24 | K | | |
| 106. | | | | | buy | 8/31 | J | | |
| 107. | | | | | buy | 12/13 | J | | |
| 108. SBC Communications | A | Dividend | | | sale | 1/19 | J | A | |
| 109. Sun Microsystems | | None | | | sale | 1/24 | J | A | |
| 110. CA DOT 3.00% 2/1/06 | B | Interest | M | T | buy | 4/8 | M | | |
| 111. Tulsa Co OK 4.0% due 5/15/06 | B | Interest | L | T | | | | | |
| 112. McCreary Co Kentucky School District 2.0% due 8/1/06 | A | Interest | J | T | | | | | |
| 113. Pike Co Kentucky School District 5.0% due 9/1/06 | A | Interest | J | T | | | | | |
| 114. Pierce Co Sch Dist 5.00% 9/1/06 | B | Interest | K | T | buy | 1/21 | K | | |
| 115. Fort Zumwalt Missouri School District 7.0% due 2/1/07 | A | Interest | J | T | | | | | |
| 116. JEA Florida Water & Sewer 4.0% due 1/1/07 | B | Interest | L | T | | | | | |
| 117. Oyster Bay New York Public Improvements 5.0% | B | Interest | K | T | | | | | |
| 118. Santa Monica | A | Interest | | | buy | 4/25 | K | | |
| 119. | | | | | redeem | 8/1 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Van Kampen Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 121. Van Kampen Comstock | A | Dividend | J | T | buy | 11/29 | J | | |
| 122. Nuveen Intermediate Duration Municipal Bond | B | Distribution | | | sale | 11/29 | K | A | |
| 123. Oppenheimer Developing Markets Fund | A | Distribution | K | T | | | | | |
| 124. Delaware Trend Fund | | None | K | T | | | | | |
| 125. Allianz Cap App | | None | J | T | buy | 11/29 | J | | |
| 126. Calvert Large Growth | | None | J | T | buy | 11/29 | J | | |
| 127. MFS Value | A | Dividend | J | T | buy | 11/29 | J | | |
| 128. Am. Inv. Co. of Am. | A | Dividend | J | T | buy | 11/29 | J | | |
| 129. Enterprise Small Co. Growth | | None | | | sale | 2/18 | K | A | |
| 130. Franklin Small Midcap Growth Fund | A | Dividend | K | T | | | | | |
| 131. AIM Constellation Fund | | None | K | T | | | | | |
| 132. Templeton Foreign Fund | D | Distribution | M | T | partial sale | 12/13 | M | E | ′ |
| 133. Lincoln National American Legacy | | None | M | T | | | | | |
| 134. Alpine Int'l Real Estate | A | Dividend | J | T | buy | 3/4 | J | | |
| 135. IRA #1 | D | Dividend | L | T | | | | | |
| 136. -Liquid Asset Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Delaware Small Cap Value Fund | | | | | | | | | |
| 138. Rentral Property, Washington, DC | D | Rent | | | sale | 8/15 | N | G | S. Reisert, S. Pahnke |
| 139. C&B | A | Interest | O | T | | | | | |
| 140. Cov. Fund LLC | C | Distribution | J | T | | | | | |
| 141. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 142. Rental Property, Washington, DC | D | Rent | N | T | buy | 8/23 | N | | D. Satinoff |
| 143. 1/3 Interest in ▮▮▮▮ Home in Barnstable County, MA | A | Rent | O | W | | | | | |
| 144. Retirement Account | E | Dividend | P1 | T | | | | | |
| 145. Vanguard Short-Term Invesment | | | | | partial sale | 8/26 | M | A | |
| 146. | | | | | sale | 9/1 | N | | |
| 147. Vanguard Wellington Fund | | | | | partial sale | 1/28 | M | A | |
| 148. | | | | | buy | 8/28 | M | | |
| 149. | | | | | buy | 11/4 | J | | |
| 150. | | | | | buy | 12/2 | J | | |
| 151. Vanguard S&P 500 Index | | | | | sale | 2/15 | M | | |
| 152. Vanguard Ext. Market Index Fund | | | | | buy | 8/28 | L | | |
| 153. | | | | | sale | 9/1 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50.001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. T. Rowe Price Mid Cap | | | | | sale | 9/1 | M | A | |
| 155. Am. Aadvantage Int'l Equity (later became /Am. Beacon) | | | | | buy | 1/28 | K | | |
| 156. | | | | | sale | 9/1 | N | A | |
| 157. Dodge & Cox | | | | | buy | 1/28 | K | | |
| 158. | | | | | buy | 8/28 | M | | |
| 159. | | | | | buy | 9/1 | M | | |
| ·160. | | | | | buy | 9/15 | J | | |
| 161. | | | | | partial sale | 10/25 | M | A | |
| 162. | | | | | buy | 11/4 | L | | |
| 163. | | | | | buy | 12/2 | K | | |
| 164. American Funds Growth Fund of Am. | | | | | buy | 1/26 | K | | |
| 165. | | | | | buy | 9/15 | J | | |
| 166. | | | | | buy | 10/25 | M | | |
| 167. | | | | | buy | 11/4 | K | | |
| 168. | | | | | partial sale | 12/2 | J | A | |
| 169. Sound Shore Fund | | | | | sale | 8/28 | M | A | |
| 170. Vanguard Explorer | | | | | sale | 8/26 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. American Beacon Small Cap | | | | | buy | 12/2 | K | | |
| 172. Vanguard Institutional Index | | | | | buy | 9/1 | M | | |
| 173. | | | | | sale | 11/4 | M | A | |
| 174. Ranier Small/Mid Cap Equity | | | | | buy | 9/1 | M | | |
| 175. | | | | | buy | 9/15 | J | | |
| 176. | | | | | partial sale | 10/25 | J | A | |
| 177. | | | | | buy | 11/4 | K | | |
| 178. | | | | | partial sale | 12/2 | K | A | |
| 179. Vanguard Extended Mkt | | | | | buy | 9/1 | L | | |
| 180. | | | | | partial sale | 11/4 | K | A | |
| 181. | | | | | sale | 12/2 | K | A | |
| 182. Lazard Emergiing Mkts | | | | | buy | 10/25 | M | | |
| 183. | | | | | partial sale | 11/4 | M | A | |
| 184. | | | | | buy | 12/2 | K | | |
| 185. Thornburg International | | | | | buy | 9/1 | N | | |
| 186. | | | | | buy | 9/15 | J | | |
| 187. | | | | | partial sale | 11/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | partial sale | 12/2 | K | A | |
| 189. Schwab Stable Value | | | | | buy | 9/1 | N | | |
| 190. | | | | | partial sale | 10/25 | J | A | |
| 191. | | | | | partial sale | 11/2 | K | A | |
| 192. | | | | | partial sale | 12/4 | | A | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. My IRA account (IRA #2, lines 62-89), ▇▇▇▇▇▇ IRA account (IRA #1, lines 135-137) and ▇▇▇▇▇ retirement account (a 401(k) account, lines 144-192) are being reported as Aggregate Ownership Arrangements.

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 04/24/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ 4/24/06

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544